# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BRET CARDINAL, AS EXECUTOR FOR THE ESTATE OF CARMEN CARDINAL, DECEASED, | : No. 304 MAL 2017 |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| KINDRED HEALTHCARE, INC., AND PERSONACARE OF READING, INC., D/B/A KINDRED TRANSITIONAL CARE AND REHABILITATION-WYOMISSING, AND KINDRED NURSING CENTERS EAST, LLC, AND KINDRED HEALTHCARE OPERATING, INC., AND MONIQUE COLE, NHA, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.